No. 92–5653. JOHNSON v. TEXAS. Ct. Crim. App. Tex. [Certiorari granted, 506 U. S. 1090.] Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 92–7962. HUNT ET UX. v. ROBINSON, COMMISSIONER OF SOCIAL SERVICES OF MASSACHUSETTS. App. Ct. Mass. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 17, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 92–7858. IN RE SWEET ET AL. Petition for writ of mandamus denied.

No. 92–1196. RATZLAF ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari granted.

No. 91–1423. RAILROAD COMMISSION OF TEXAS ET AL. v. MISSOURI PACIFIC RAILROAD ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–2004. CITY OF FENTON v. GRAND TRUNK WESTERN RAILROAD CO. Sup. Ct. Mich. Certiorari denied.

No. 92–601. COTTLE v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 92–1245. ANAGNOSTOU v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–1271. ESQUIVEL-BERRIOS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.